UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| B and D Seafoods, Inc., <br><br> Plaintiff, <br><br> v. <br><br> H2Origins Seafood, Inc., <br><br> Defendant. | Case No. SACV 17-01325 AG (JDEx) <br><br><br> **JUDGMENT** |

The Court enters judgment for Plaintiff B&D Seafoods, Inc. and against Defendant H2Origins Seafood, Inc. in the amount of $960,572.05, which includes $840,371.79 in damages and $120,200.26 in prejudgment interest.

Dated August 27, 2018

Hon. Andrew J. Guilford
United States District Judge